NOT FOR PUBLICATION                                                                           (Doc. No. 17)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| SHARON EREZ, | : |
| Plaintiff, | : |
| v. | : Civil No. 10-1793 (RBK/AMD) |
|  | : **ORDER** |
| QIANA RAY, | : |
| Defendant. | : |

**THIS MATTER** having come before the Court upon the motion of Defendant Qiana Ray for summary judgment (Doc. No. 17) of the Complaint filed by Plaintiff Sharon Erez, and the Court having considered the moving papers and responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's motion for summary judgment is **DENIED**.


Dated:  11/2/2011                                                   /s/ Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge